# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| USC IP PARTNERSHIP, L.P. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00555-ADA |
| | § | |
| FACEBOOK, INC. | § | |

## ORDER SETTING FINAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **FINAL PRETRIAL CONFERENCE** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, December 06, 2021 at 09:00 AM**.

IT IS SO ORDERED this 30th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE