# United States Court of Appeals for the Federal Circuit

---

**USC IP PARTNERSHIP, L.P.,**

*Plaintiff-Appellant*

v.

**META PLATFORMS, INC.,**

*Defendant-Appellee*

---

2022-1397

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00555-ADA, Judge Alan D. Albright.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

August 30, 2023  /s/ Jarrett B. Perlow
Date            Jarrett B. Perlow
                Clerk of Court